**ROBERT LLOYD GOLDSTEIN, M.D.**

**TRIAL TESTIMONY IN PAST 4 YEARS**

- Cifelli v. St. Vincent's Hospital, NYS Sup. Ct., Richmond Cty.

- Miller, et al. v. Jetblue Airways, et al., NYS Sup. Ct., New York Cty., Index # 111750/06

- Reyes v. Board of Education of the City of New York, NYS Sup. Ct., Kings Cty., Index # 26666/97

- Maddigan v. Cazenovia Recovery Systems, Inc., NYS Sup. Ct., Erie Cty., Index # 2006-7679

- Whitfield v. Board of Education City of Mount Vernon, NYS Sup. Ct., Westchester Cty., Index # 18635/02

- Frederic v. City of New York, et al., NYS Sup. Ct., Kings Cty., Index # 39372/06

- Linson v. City of New York, et al., NYS Sup. Ct., Kings Cty., Index # 12480/00

- Barry v. State of New York, NYS Court of Claims, Claim No. 104225, OAG No. 01-0059480

- Bogota et al. v. University Club, et al., NYS Sup Ct., NY Cty., Index # 114951/05

- Tucker v. City of New York, et al., NYS Sup. Ct., Bronx Cty., Index # 22790/02

- Locicero v. NYCTA, 06-CV-0734, USDC, EDNY

- Siracuse v. Roman Catholic Diocese of Brooklyn, 07-CV-2205, USDC, EDNY

- Kusz v. NYCTA, NYS Sup. Ct., Queens Cty., Index # 20460/09

- Probate Proceeding Estate of Ralph Besdansky, Surrogate's Court, Kings Cty., File No. 520/2007

- Caravantes, et al. v. 53rs Street Partners, 09cv7821, USDC, SDNY

- <u>Acosta v. Masiar</u>, NYS Sup. Ct., Suffolk Cty., Index # 35574/07
- <u>Laskowski v. Department of Veteran Affairs</u>, 3:10-CV00600, USDC, MDPA
- <u>Sarcona v. NYC Transit Authority</u>, NYS Sup. Ct., Kings Cty., Index # 11462/09
- <u>Pettis v, City of New York</u>, NYS Sup. Ct., Kings Cty., Index # 46742/00
- <u>Jacobs v. Pothuri</u>, NYS Sup. Ct., NY Cty., Index # 100190/2010
- <u>Felitti v. Seton Health System</u>, NYS Sup. Ct., Rensselaer Cty., Index # 00240671
- <u>Movitz v. Sostowski</u>, Superior Ct. NJ, Essex Cty., Dkt. No. L-6152-10

_____